IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUAN MARTIN,           ) | |
|                                    ) | |
|           *Plaintiff*,           ) | |
| v.                                ) | |
|                                    ) | Civil Action No. 2:11-cv-06827-JS |
| NCO FINANCIAL SYSTEMS, INC.   ) | |
|                                    ) | |
|           *Defendant.*        ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Ross S. Enders
Ross S. Enders, Esq.
PA Bar No. 89840
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, New Jersey  08822-5736
Telephone: (908) 751-5941
Facsimile: (908) 751-5944
E-Mail: renders@sessions-law.biz
Attorney for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2012, a copy of the foregoing **Notice of Pending Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Craig Thor Kimmel
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA  19002
    Phone 215-540-8888
    Fax 877-788-2864
    kimmel@creditlaw.com

                                    /s/ Ross S. Enders
                                    Ross S. Enders
                                    Attorney for Defendant,
                                    NCO Financial Systems, Inc.