UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUAN MARTIN,<br>   Plaintiff, | )<br>)<br>) |
| v. | ) **Case No.: 2:11-cv-6827-JS** |
| NCO FINANCIAL SYSTEMS, INC.,<br>   Defendant | )<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

  Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Craig Thor Kimmel |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Sessions, Fishman, Nathan & Israel, P.C. | Kimmel & Silverman, P.C. |
| 200 Route 31 North, Ste. 203 | 30 E. Butler Pike |
| Flemington, NJ 08822 | Ambler, PA 19002 |
| Phone: (908) 751-5797 | Phone: (215) 540-8888 |
| Email: renders@sessions-law.biz | Fax: (877) 778-2864 |
| Attorney for the Defendant | Email: kimmel@creditlaw.com |
| | Attorney for the Plaintiff |
| Date: February 1, 2012 | Date: February 1, 2012 |

BY THE COURT:

_____
J.
